## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JABAR LEWIS,**

     **Involuntary Plaintiff,**

**and**

**PEAK PROPERTY and CASUALTY INSURANCE CORPORATION,**

     **Plaintiff,**

**vs.**                                                    **CIV No.: 1:13-cv-01093-MCA-LAM**

**DEPARTMENT OF THE AIR FORCE,
KIRTLAND AIR FORCE BASE and
TIMOTHY HAYHURST,**

     **Defendants.**

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Motion of the Plaintiffs to dismiss with prejudice their claims against Defendants Department of the Air Force, Kirtland Air Force Base and Timothy Hayhurst, on the grounds that all the claims of Plaintiffs have been fully settled and compromised, and the Court having read the pleadings and being fully advised of the premises, FINDS:

That it has jurisdiction of the parties and the subject matter of said cause of action and that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Complaint and the causes therein filed by Plaintiffs against Defendants, be, and the same hereby are, dismissed with prejudice.

_____
THE HONORABLE M. CHRISTINA ARMIJO
DISTRICT COURT JUDGE

**SUBMITTED AND APPROVED BY:**

LAW OFFICES OF BRUCE S. MCDONALD

*/s/ Christian C. Doherty*
Christian C. Doherty
211 Twelfth Street NW
Albuquerque, New Mexico 87102
Telephone:  (505) 254-2854
*Attorneys for Plaintiffs*


*/s/ Michael H. Hoses*
Michael H. Hoses, Esq.
Office of the US Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
T: (505) 346-7274/F: (505) 346-7205
*Attorneys for Defendants*